UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: 350 Fox Trace, Augusta, GA 30909, and outbuildings, vehicles and persons located therein or within the curtilage | Case No. 1:16-mj-35<br><br>**FILED UNDER SEAL** |

## **ORDER**

The Court having considered the Government's Motion to Seal, hereby GRANTS the motion and ORDERS that the search warrant and its related papers, the motion of the Government, and this Order by SEALED until further order of the Court.

This 28th day of September, 2016.

_____
Brian K. Epps
United States Magistrate Judge
Southern District of Georgia

**SEALED AND IMPOUNDED**