UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: 350 Fox Trace, Augusta, GA 30909, and outbuildings, vehicles and persons located therein or within the curtilage | Case No. 1:16-mj-35 |

## **ORDER**

Upon motion of the United States for an order unsealing the Search Warrant, Application, and Supporting Affidavit filed on September 28, 2016, together with any Motion to Seal and Order sealing said documents in the above-referenced matter, and good cause appearing therefor, the Defendant having been secured in custody, it is hereby,

ORDERED that the Government's motion is GRANTED. The Search Warrant, Application, and Supporting Affidavit filed on September 28, 2016, together with any Motion to Seal and Order sealing said documents in the above-referenced matter, are hereby UNSEALED.

This 30th day of September, 2016.

_____
Hon. Brian K. Epps
United States Magistrate Judge
Southern District of Georgia